# Exhibit 4



# APPENDIX A, [DIRECTOR]

**[December 13, 2017]**

Dear Caroline,

      If you accept this offer of employment with New Avon LLC ("Avon"), you will receive a sign-on bonus of twenty thousand dollars ($20,000), less appropriate and lawful deductions. The sign on bonus will be paid in two (2) increments as detailed herein. The first payment of ten thousand dollars ($10,000), less appropriate and lawful deductions ("First Payment"), will be payable within 90 days of start date. The second payment of ten thousand dollars ($10,000), less appropriate and lawful deductions ("Second Payment"), will be payable the pay period following the First Anniversary of your hire date.

      Should you resign from your employment with Avon prior to the first Anniversary of your hire date or January 8, 2019 you agree to repay the amount you received in the First Payment and Avon shall have no further obligation to make any further payments to you pursuant to the terms of this offer letter. Should you resign from your employment with Avon prior to the second Anniversary of your hire date or January 8, 2020, you agree to repay the amount you received in the Second Payment. You are not obligated to repay the First Payment.

      If, prior to your completion of one year of service with Avon, you are involuntary terminated, you shall have no obligation to repay the First Payment and you will receive a prorated portion of the Second Payment. If, prior to your completion of second year of service with Avon, you are involuntary terminated, you shall have no obligation to repay the First or Second Payments under this Agreement.

Sincerely,

*Chip Ross*

Chip Ross
Chief Human Resources Officer



Accepted and agreed to:

Dated: November _____, 2017

_____
Caroline Katz, Director- Indirect Sourcing

*Completed document must be returned to me by 5pm EST on December 14, 2017.