# Exhibit 5

# AVON
the company for women

# APPENDIX A, [DIRECTOR]

[December 13, 2017]