UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAROLINE RUIZ, OLIVERA KRSTANOSKA,
and MAXINE RIVAS, on behalf of themselves
and a class of similarly situated individuals,

                 Plaintiffs,

       v.

NEW AVON LLC and AVON PRODUCTS, INC.,

                 Defendants.
------------------------------------------------------------X

Civil Case No.: 18-cv-09033
(VSB)(GWG)

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE THAT** Plaintiff Maxine Rivas, by her undersigned counsel, Wigdor LLP, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on September 22, 2019 granting Defendant Avon Products, Inc.'s Motion to Dismiss (see Dkt. No. 63).

Dated: October 17, 2019
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Jeanne M. Christensen
     Hilary J. Orzick

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
jchristensen@wigdorlaw.com
horzick@wigdorlaw.com

*Attorneys for Plaintiffs and the Proposed Class*