

**WIGDOR LLP**

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

December 3, 2019

**VIA ECF**

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J. 12/4/2019

The parties are to appear for an initial pre-trial conference on January 10, 2020, at 12:30 p.m., and are to submit their joint letter and proposed case management plan by January 6, 2020.

The Hon. Vernon S. Broderick
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

     Re:     <u>Ruiz *et al.* v. New Avon LLC *et al.;*</u> Case No. 18-cv-09033 (VSB)(GWG)

Dear Judge Broderick:

We represent Plaintiffs in the above referenced matter and write jointly with Defendants to respectfully request an extension of time to file our joint letter and proposed case management plan from December 9, 2019 to January 6, 2020, as well as an adjournment of the initial pretrial conference from December 13, 2019 to January 10, 2020. <u>See</u> Dkt. No. 72. The Parties have a private mediation scheduled for December 16, 2019, and so are seeking an extension and adjournment to a date after the mediation.

This is the Parties' first request for an extension of this deadline and an adjournment of this conference.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully Submitted,

Jeanne M. Christensen

cc:     Counsel of Record (*via* ECF)