UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                              :

CAROLINE RUIZ and OLIVERA         :
KRSTANOSKA, on behalf of themselves and a :
class of similarly situated individuals,     :
                              :
                    Plaintiffs,   :
                              :
              -v-           :
                              :
NEW AVON LLC and AVON PRODUCTS, :
INC.,                            :
                              :
                   Defendants. :
                              :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___1/8/2020___

18-CV-9033 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

     In light of the parties' representation that they are negotiation a potential resolution of

this case, the conference set for January 10, 2020 is adjourned sine die. The parties are directed

to file a status update within fourteen (14) days.

     SO ORDERED.

Dated:    January 8, 2020
          New York, New York

                                          Vernon S. Broderick
                                        United States District Judge