Case 1:18-cv-09033-VSB Document 260 Filed 01/22/20 Page 1 of 1
Case 18-3398, Document 35, 01/22/2020, 2761226, Page1 of 1

N.Y.S.D. Case #
18-cv-9033(VSB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand twenty.

_____

Maxine Rivas,

    Plaintiff - Appellant,

Caroline Ruiz, Olivera Krstanoska, on behalf of herself and a class of similarly situated individuals,

    Plaintiffs,

v.

New Avon LLC, Avon Products, Inc.,

    Defendants - Appellees,

Raj Nath, individually and in his professional capacity,

    Defendant.
_____

**ORDER**
Docket No. 19-3398

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 22 2020

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/22/2020