**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand twenty.

_____

Maxine Rivas,

    Plaintiff - Appellant,

Caroline Ruiz, Olivera Krstanoska, on behalf of herself and a class of similarly situated individuals,

    Plaintiffs,

v.

New Avon LLC, Avon Products, Inc.,

    Defendants - Appellees,

Raj Nath, individually and in his professional capacity,

    Defendant.
_____

**ORDER**
Docket No. 19-3398

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 12, 2020
```

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/11/2020**